**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Felix Alexis Corral Benitez,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-04883-PHX-SHD

**ORDER**

On July 13, 2026, Petitioner filed a Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus seeking immediate release from immigration custody. (Doc. 1.) Respondent responded on July 22, 2026, and Petitioner filed a Reply on August 6, 2026, (Docs. 6, 7). Petitioner subsequently filed an additional Reply on August 10, 2026, (Doc. 8), a Motion for Decision on October 5, 2026, (Doc. 9), documentation from the Maricopa County Attorney on October 26, 2026, (Doc. 10), and a Motion for Decision and Expedite Ruling on November 16, 2026, (Doc. 11). The Petition has been fully briefed since August 6, 2026, and no further briefing is needed. The Court will issue a ruling in due course. Petitioner's first motion for decision is unnecessary, and the second is duplicative. Both motions will therefore be denied.

Accordingly,

///

///

///

**IT IS ORDERED** that Petitioner's Motion for Decision, (Doc. 9), and Motion for Decision and Expedite Ruling, (Doc 11), are denied.

Dated this 20th day of November, 2026.

Honorable Sharad H. Desai
United States District Judge